## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| SEYMA OZCAN AGUILAR, ET AL., | 2:22-CV-11614-TGB |
| Plaintiffs, | |
| | ORDER DISMISSING CASE |
| vs. | |
| | HONORABLE |
| DIRECTOR, TSC JOHN M. ALLEN, ET AL., | TERRENCE G. BERG |
| Defendants. | |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED this 17th day of October, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge